

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2017

No. 04-17-00551-CR

Tony **RIOS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR4051
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Counsel for the appellant has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. However, we find counsel's brief is deficient. An *Anders* brief is required to "demonstrate that counsel has conscientiously examined the record and determined that the appeal is so frivolous that the appellant is not entitled to counsel on appeal." *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.-San Antonio 1997, no pet.). Specifically, the brief contains no discussion of the evidence or substantive legal analysis of the objections made at trial. The brief omits a specific discussion of the trial proceedings, which might arguably contain support for an appeal. Thus, the brief does not contain a professional evaluation demonstrating why there are no arguable grounds for appeal. *Id.*; *see High v. State*, 573 S.W.2d 807, 812-13 (Tex. Crim. App. [Panel Op.] 1978).

We therefore **strike** the *Anders* brief and **order** Vincent D. Callahan, counsel for appellant, to file an amended brief that complies with *Kelly v. State* by **January 4, 2018.** Counsel is reminded that his duties of representation do not cease when he files a motion to withdraw; counsel must continue to "act with competence, commitment and dedication to the interest of the client" until the court of appeals grants the motion. *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008); *see also Kelly*, 436 S.W.3d at 319.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2017.



_____
KEITH E. HOTTLE,
Clerk of Court